AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

14-CV-62782-BB

ARTHUR YASSER and
JOYCE COOK
    Plaintiff,

v.

FINANCIAL CREDIT SERVICE, INC.
d/b/a ARA INC
    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

To:

FINANCIAL CREDIT SERVICE, INC. d/b/a ARA INC
c/o Mario Bianchi
1919 S. Highland Ave
Suite 225A
Lombard, IL 60148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer M. Colson
Post Office Box 50028
Lighthouse Point, FL 33064
Email: jcolson@jennifercolsonpa.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:   Dec 9, 2014

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts