UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:14-cv-62782-BB

ARTHUR YASSER and
JOYCE COOK
    Plaintiff,
v.

FINANCIAL CREDIT SERVICE, INC.
d/b/a ARA INC
    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff, ARTHUR YASSER AND JOYCE COOK, by and through its undersigned counsel, herby submits this Notice of Pending Settlement.

1. Plaintiff s and Defendants have reached a settlement regarding this case and have executed the settlement documents.

2. Upon receipt and clearance of the settlement funds, Plaintiff will file the appropriate dismissal document with the Court.  Plaintiff requests until January 30, 2015 to file their Final Order of Dismissal or, in the alternative, to file their Joint Discovery Plan and Conference Report.

        Respectfully submitted,

        ___/s/ Jennifer M Colson_____

        JENNIFER M. COLSON, ESQ.
        Attorney for Plaintiff
        Arthur Yasser and Joyce Cook
        Post Office Box 50028

        Lighthouse Point, Florida 33064
Telephone: (954) 784-2290
Facsimile: (954) 784-2770
jcolson@jennifercolsonpa.com
tpetrella@jennifercolsonpa.com

## Certificate of Service

**I HEREBY CERTIFY** that on December 23, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Jennifer Colson

## SERVICE LIST

Mario Bianchi
www.arainc.us
ARA Inc.
P O Box 5002
Villa Park, IL 60181-5002
Telephone: 888-409-5060

        Respectfully submitted,

        JENNIFER M. COLSON, ESQ.
Attorney for Plaintiff
Arthur Yasser and Joyce Cook
Post Office Box 50028
Lighthouse Point, FL 33064
Telephone: 954-784-2290
Facsimile: 954-784-2770
jcolson@jennifercolsonpa.com
tpetrella@jennifercolsonpa.com

        By: s/ Jennifer M. Colson
Jennifer M. Colson, Esq.
Florida Bar No. 047783