UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-CIV-62782-BLOOM/Valle**

ARTHUR YASSER, and
JOYCE COOK

      Plaintiffs,
v.

FINANCIAL CREDIT SERVICE, INC.,
d/b/a ARA INC.,

      Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Plaintiffs' Notice of Settlement, ECF No. [5], filed on December 23, 2014. In Plaintiffs' Notice they indicate that an amicable settlement has been reached and executed in this matter. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **CLOSED** for administrative purposes only.

2. The parties are directed to file a joint stipulation of dismissal by January 30, 2015.

3. If the parties fail to complete the expected settlement, either party may request to reopen the case.

4. Any pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of December, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record